# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 4, 2018

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Andrew Kisela
           v. Amy Hughes,
           No. 17-467 (Your docket No. 14-15059)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case. You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

                                                 Sincerely,

                                                 SCOTT S. HARRIS, Clerk

                                                 By

                                                 Herve' Bocage
                                                 Judgments/Mandates Clerk

Enc.
cc:    Mr. Dominic Emil Draye, Esq.
        Mr. Daniel Patrick Schaack, Esq.
        Mr. David Michael Shapiro, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 4, 2018

Mr. Dominic Emil Draye, Esq.
Solicitor General
2005 North Central Avenue
Phoenix, Arizona 85004

    **Re:  Andrew Kisela**
        **v. Amy Hughes,**
        **No. 17-467**

Dear Mr. Draye:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the *Per Curiam* opinion by visiting our website, http://www.supremecourt.gov.

    The petitioner is given recovery of costs in this Court as follows:

    **Clerk's costs:**         **$300.00**

    This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By /s/ Herve' Bocage

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:   Mr. Daniel Patrick Schaack, Esq.
      Mr. David Michael Shapiro, Esq.
      Clerk, USCA Ninth Circuit
         (Your docket No. 14-15059)

# Supreme Court of the United States

No.   17-467

**ANDREW KISELA,**

Petitioner

v.

**AMY HUGHES**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted.   The judgment of the above court in this cause is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner Andrew Kisela recover from Amy Hughes Three Hundred Dollars ($300.00) for costs herein expended.

April 2, 2018

**Clerk's costs:** $300.00

